IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>           Plaintiff,<br><br>      v.<br><br>RIOS, et al.,<br><br>           Defendants. | No. 2:23-CV-0388-WBS-DMC-P<br><br><br><br>ORDER |

   Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion for an extension of time to file a response to Plaintiff's first amended complaint. See ECF No. 29. Good cause appearing therefor, Defendants' motion will be granted. Defendants' response to Plaintiff's first amended complaint will be due within 30 days of the Court's final ruling on Defendants' pending motion to revoke Plaintiff's in forma pauperis status.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 29, is granted.

2. Defendants' response to Plaintiff's first amended complaint is due within 30 days of the Court's final ruling on Defendants' motion to revoke Plaintiff's in forma pauperis status.

Dated:  March 25, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE