IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>RIOS, et al.,<br><br>   Defendants. | No. 2:23-CV-0388-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 10, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 10, 2025, ECF No. 33, are adopted in full.

2. Defendants' request for judicial notice, ECF No. 28-2, is granted.

3. Defendants' motion to revoke Plaintiff's in forma pauperis status, ECF No. 28, is granted.

4. Plaintiff shall pay the full filing fees for this action of $350.00, less any amounts already paid as partial installments, within 30 days of the date of this order.

5. This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated:  August 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE